185 So. 768

## MALONE v. STATE.

### 8 Div. 767.

Court of Appeals of Alabama.
Feb. 21, 1939.

No attorney marked for appellant.

Thos. S. Lawson, Atty. Gen., for the State.

SAMFORD, Judge.

Upon being arraigned on the charge in the Law and Equity Court of Franklin County, the defendant interposed a plea of guilty. Upon this plea judgment was rendered, and from this judgment is this appeal.

We find the record in all things regular.

The judgment is affirmed.

Affirmed.